Crim-Mot hrg (Dec-2008)

HONORABLE: Stefan R. Underhill

DEPUTY CLERK J. Reis                          RPTR/ECRO/TAPE Melissa Cianciullo

TOTAL TIME: 1 hours 12 minutes    USPO NA          INTERPRETER NA

DATE: 1/11/2023    START TIME: 1:35 PM    END TIME: 2:47 PM

LUNCH RECESS    FROM: _____    TO: _____

RECESS (if more than ½ hr)    FROM: _____    TO: _____

CRIMINAL NO. 3:19-cr-00314-SRU    Deft # 2

UNITED STATES OF AMERICA

vs

KHATIJA KHAN

Harold H. Chen
_____ AUSA

Jonathan J. Einhorn
_____
Defendant's Counsel ☒ CJA ☐ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | |
|---|---|---|---|
| ☒......# ___ | Deft Khatija Khan's Motion Credits Against Restitution | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____Motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____oral motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____oral motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Deft_____oral motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐......# ___ | Govt's oral motion_____ | ☐ granted ☐ denied ☐ advisement |
| ☐.............. | Brief(s) due_____ Response(s) due_____ Replies due_____ | |
| ☐.............. | Bond ☐ set at $_____ ☐ reduced to $_____ ☐ Non-surety ☐ Surety ☐ PR | |
| ☐.............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐ modified | |
| ☐.............. | Defendant REMANDED to custody | |
| ☐.............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | |
| ☐.............. | _____hearing continued until _____ at _____ | |
| ☐.............. | Court finds defendant _____ ☐ competent ☐ incompetent | |
| ☐.............. | Court orders defendant _____ to undergo psychiatric evaluation | |
| ☒.............. | Motion Hearing continued until January 19, 2023 at 10 AM | |
| ☐.............. | SEE PAGE II for additional entries | |

## DOCUMENTS FILED IN OPEN COURT

☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed
☐.............. _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____