UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:19-CR-00314-SRU |
| | : | |
| v. | : | |
| | : | |
| BABAR KHAN | : | May 14, 2025 |

MOTION TO WITHDRAW APPEARANCE

Based on his upcoming departure from the United States Attorney's Office for the District of Connecticut, the undersigned respectfully moves to withdraw his appearance in this case. The other Assistant United States Attorney(s) appearing in this matter will continue to represent the United States in this case.

Respectfully submitted,

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

/s/
MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct30587
157 Church Street, Floor 25
New Haven, Connecticut 06510
marc.silverman@usdoj.gov
(203) 821-3700

<u>CERTIFICATION</u>

      I hereby certify that on May 14, 2025, the foregoing Motion to Withdraw Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

      /s/
MARC H. SILVERMAN
ASSISTANT UNITED STATES ATTORNEY